**Entered on Docket**
**October 14, 2005**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
SEP 3 0 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 01-32337-TEC |
| ENLIGHTEN SOFTWARE SOLUTIONS, INC. | Chapter 7 |
| Debtor. | |

### ORDER GRANTING APPLICATION TO RECOVER UNCLAIMED FUNDS

UPON CONSIDERATION of the Application to Recover Unclaimed Funds (the "Application"), filed by Maden Tech Consulting, Inc. ("Maden Tech"), as successor-in-interest to MC Info, Inc. ("MC Info"), and any other additional papers filed in opposition thereto or in further support thereof; and having considered any evidence presented; and having heard the arguments of counsel, if any; and finding and concluding that: (a) MC Info was unable to receive its distribution in the amount of $72,851.09 from the Debtor's estate because MC Info had been dissolved; (b) Maden Tech is the legal successor-in-interest to MC Info; (c) Maden Tech is entitled to receive a distribution in the amount of $72,851.09 from unclaimed funds as MC Info's successor-in-interest at its corporate address, 2110 Washington Boulevard, Suite 200, Arlington, VA 22204; and (d) due and proper notice having been provided,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED;

2. The above findings and conclusions are incorporated as if fully set forth herein;

3. A distribution in the amount of $72,851.09 shall be made to Maden Tech at the following address:

>Maden Tech Consulting, Inc.
>2110 Washington Boulevard
>Suite 200
>Arlington, VA 22204

4. Maden Tech is authorized to take all action necessary to effectuate the mandate of this Order.

Dated: _____, 2005

_____
United States Bankruptcy Judge